Matter of Said (2023 NY Slip Op 05023)

Matter of Said

2023 NY Slip Op 05023

Decided on October 5, 2023

Appellate Division, Third Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered:October 5, 2023

PM-233-23
[*1]In the Matter of Naima M. Said, an Attorney. (Attorney Registration No. 2423234.)

Calendar Date:September 25, 2023

Before:Garry, P.J., Lynch, Aarons, Ceresia and Fisher, JJ.

Naima M. Said, Alexandria, Virginia, pro se.
Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Alison M. Coan of counsel), for Attorney Grievance Committee for the Third Judicial Department.

Per Curiam.
Naima M. Said was admitted to practice by this Court in 1991 and lists a business address in Washington, DC with the Office of Court Administration. Said now seeks leave to resign from the New York bar for nondisciplinary reasons (see Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [a]). The Attorney Grievance Committee for the Third Judicial Department (hereinafter AGC) advises that it does not oppose Said's application.
Upon reading Said's affidavit sworn to August 9, 2023 and filed August 16, 2023, and upon reading the September 20, 2023 correspondence in response by the Deputy Chief Attorney for AGC, and having determined that Said is eligible to resign for nondisciplinary reasons, we grant her application and accept her resignation.
Garry, P.J., Lynch, Aarons, Ceresia and Fisher, JJ., concur.
ORDERED that Naima M. Said's application for permission to resign is granted and her nondisciplinary resignation is accepted; and it is further
ORDERED that Naima M. Said's name is hereby stricken from the roll of attorneys and counselors-at-law of the State of New York, effective immediately, and until further order of this Court (see generally Rules for Atty Disciplinary Matters [22 NYCRR] § 1240.22 [b]); and it is further
ORDERED that Naima M. Said is commanded to desist and refrain from the practice of law in any form in the State of New York, either as principal or as agent, clerk or employee of another; and Said is hereby forbidden to appear as an attorney or counselor-at-law before any court, judge, justice, board, commission or other public authority, or to give to another an opinion as to the law or its application, or any advice in relation thereto, or to hold herself out in any way as an attorney and counselor-at-law in this State; and it is further
ORDERED that Naima M. Said shall, within 30 days of the date of this decision, surrender to the Office of Court Administration any Attorney Secure Pass issued to her.